# Ex.
# B

FILED
3/10/2025
Timothy W Fitzgerald
Spokane County Clerk

**STATE OF WASHINGTON**
**SPOKANE COUNTY SUPERIOR COURT**

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 25-2-01212-32 |
| Plaintiff, | |
| v. | SUMMONS |
| ADAMS COUNTY SHERIFF'S OFFICE; ADAMS COUNTY; | |
| Defendants. | |

**TO DEFENDANT:  ADAMS COUNTY**

A lawsuit has been started against you in Spokane County Superior Court by the State of Washington, Plaintiff. The Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the undersigned attorney for the Plaintiff within twenty (20) days after the service of this Summons; or if served outside the State of Washington, within sixty (60) days after service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff is entitled to what it asks for because you have not responded. If you

SUMMONS                                        1

1    serve a notice of appearance on the undersigned person, you are entitled to notice before a

2    default judgment may be entered.

3        You may demand that the Plaintiff file this lawsuit with the court. If you do so, the

4    demand must be in writing and must be served upon the person signing this Summons. Within

5    fourteen (14) days after you serve the demand, the Plaintiff must file this lawsuit with the

6    Court, or the service on you of this Summons and Complaint will be void.

7        If you wish to seek the advice of an attorney in this matter, you should do so promptly

8    so that your written response, if any, may be served on time.

9        This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

10   State of Washington.

11

12       DATED this 9th day of March, 2025.

13

14                    NICHOLAS W. BROWN
                      Attorney General
15

16

17                    EMILY C. NELSON, WSBA # 48440
                      BEN SEEL, WSBA #61165
18                    Assistant Attorney General
                      Office of the Attorney General
19                    800 Fifth Avenue, Suite 2000
                      Seattle, WA 98104-3188
20                    Phone: (206) 464-7744
                      Fax: (206) 464-6457
21                    emily.nelson@atg.wa.gov
                      benjamin.seel@atg.wa.gov
22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492

FILED
3/10/2025
Timothy W Fitzgerald
Spokane County Clerk

**STATE OF WASHINGTON**
**SPOKANE COUNTY SUPERIOR COURT**

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>    Plaintiff,<br><br> v.<br><br>ADAMS COUNTY SHERIFF'S OFFICE;<br>ADAMS COUNTY;<br><br>    Defendants. | NO. 25-2-01212-32<br><br>SUMMONS |

**TO DEFENDANT:   ADAMS COUNTY SHERIFF'S OFFICE**

   A lawsuit has been started against you in Spokane County Superior Court by the State of Washington, Plaintiff. The Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

   In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the undersigned attorney for the Plaintiff within twenty (20) days after the service of this Summons; or if served outside the State of Washington, within sixty (60) days after service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff is entitled to what it asks for because you have not responded. If you

SUMMONS

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 442-4492

1  serve a notice of appearance on the undersigned person, you are entitled to notice before a

2  default judgment may be entered.

3       You may demand that the Plaintiff file this lawsuit with the court. If you do so, the

4  demand must be in writing and must be served upon the person signing this Summons. Within

5  fourteen (14) days after you serve the demand, the Plaintiff must file this lawsuit with the

6  Court, or the service on you of this Summons and Complaint will be void.

7       If you wish to seek the advice of an attorney in this matter, you should do so promptly

8  so that your written response, if any, may be served on time.

9       This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the

10  State of Washington.

11

12       DATED this 9th day of March, 2025.

13

14            NICHOLAS W. BROWN
               Attorney General
15

16

17            EMILY C. NELSON, WSBA # 48440
               BEN SEEL, WSBA #61165
18            Assistant Attorney General
               Office of the Attorney General
19            800 Fifth Avenue, Suite 2000
               Seattle, WA 98104-3188
20            Phone: (206) 464-7744
               Fax: (206) 464-6457
21            emily.nelson@atg.wa.gov
               benjamin.seel@atg.wa.gov
22

23

24

25

26

SUMMONS                                 2                    ATTORNEY GENERAL OF WASHINGTON
                                                                      Civil Rights Division
                                                                  800 Fifth Avenue, Suite 2000
                                                                    Seattle, WA  98104
                                                                      (206) 442-4492

**FILED**

**MAR 10, 2025**

Timothy W Fitzgerald
Spokane County Clerk

(Copy Receipt)          Clerk's Date Stamp



| **SUPERIOR COURT OF WASHINGTON** **COUNTY OF SPOKANE** | **JUDGE JACQUELYN M. HIGH-EDWARD 92** |
|---|---|
| STATE OF WASHINGTON<br><br>**Plaintiff(s)/Petitioner(s),**<br><br>**vs.**<br><br>ADAMS COUNTY SHERIFFS OFFICE  ETAL<br><br>**Defendant(s)/Respondent(s).** | **CASE NO.  25-2-01212-32**<br><br>**CASE ASSIGNMENT NOTICE AND ORDER (NTAS)**<br><br>**CASE STATUS CONFERENCE DATE: JUNE 13, 2025 AT 8:30 AM** |

## ORDER

YOU ARE HEREBY NOTIFIED that this case is preassigned for all further proceedings to **JUDGE Jacquelyn M. High-Edward.**

**You are required to attend a Case Status Conference before your assigned judge on the date also noted above.   The Joint Case Status Report must be completed and brought to the Status Conference.  A Case Schedule Order, with the trial date, will be issued at the Status Conference.**

Under the individual calendar system, the court will operate on a four-day trial week.  Trials will commence on Monday, Tuesday, Wednesday or Thursday.  Motion Calendars are held on Friday.  All motions, other than ex parte motions, must be scheduled with the assigned judge.  Counsel must contact the assigned court to schedule motions and working copies of all motion pleadings must be provided to the assigned court at the time of filing with the Clerk of Court.  Pursuant to LCR 40 (b) (9), motions must be confirmed no later than 12:00 noon three days before the hearing by notifying the judicial assistant for the assigned judge.

Please contact the assigned court to schedule matters regarding this case.  You may contact the assigned court by phone, court department e-mail or through the Spokane County Superior Court web page at **https://www.spokanecounty.org/4625/Superior-Court**

**DATED: 03/10/2025**

*Michelle D Szambelan*

MICHELLE D. SZAMBELAN
PRESIDING JUDGE

**NOTICE:  The plaintiff shall serve a copy of the Case Assignment Notice on the defendant(s).**

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF SPOKANE

| Plaintiff / Petitioner:<br>STATE OF WASHINGTON | Case No:<br>25-2-01212-32 |
|---|---|
| Defendant / Respondent:<br>ADAMS COUNTY SHERIFF'S OFFICE; ADAMS COUNTY | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above-entitled action and competent to be a witness therein.

That on MONDAY, MARCH 10, 2025 at 8:45AM, at the address of 210 W. Broadway, Ritzville, WA 99169, within ADAMS COUNTY, the undersigned duly served the following document(s): SUMMONS; COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF, in the above entitled action upon ADAMS COUNTY, by then and there, personally delivering one (1) true and correct copy of the above documents into the hands of and leaving same with JANET BOWMAN, DEPUTY COUNTY AUDITOR of ADAMS COUNTY.

Description:
Woman, approximately age 45 to 55, about 5'4" to 5'6" in height, long brown hair, and glasses.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

SIGNED AND DATED at Ritzville Washington, on March 12, 2025

Fees:            $100.00

Laura Smith

LBS Business Services
14698 Baseline, 5 Rd SE
Moses Lake, WA 98837

received by the WA Spokane County Superior Court.

SUPERIOR COURT, STATE OF WASHINGTON, COUNTY OF SPOKANE

| Plaintiff / Petitioner:<br>STATE OF WASHINGTON | Case No:<br>25-2-01212-32 |
|---|---|
| Defendant / Respondent:<br>ADAMS COUNTY SHERIFF'S OFFICE; ADAMS COUNTY | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above-entitled action and competent to be a witness therein.

That on <u>MONDAY, MARCH 10, 2025</u> at <u>8:45AM</u>, at the address of <u>210 W. Broadway, Ritzville, WA 99169</u>, within <u>ADAMS COUNTY</u>, the undersigned duly served the following document(s): <u>SUMMONS; COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF</u>, in the above entitled action upon <u>ADAMS COUNTY SHERIFF'S OFFICE</u>, by then and there, personally delivering one (1) true and correct copy of the above documents into the hands of and leaving same with <u>JANET BOWMAN, DEPUTY COUNTY AUDITOR of ADAMS COUNTY</u>.

Description:
<u>Woman, approximately age 45 to 55, about 5'4" to 5'6" in height, long brown hair, and glasses.</u>

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

SIGNED AND DATED at Ritzville Washington, on March 12, 2025

Fees:                    $100.00

Laura Smith

LBS Business Services
14698 Baseline, 5 Rd SE
Moses Lake, WA 98837

received by the WA Spokane County Superior Court.