# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>ADAMS COUNTY SHERIFF'S OFFICE and ADAMS COUNTY,<br><br>Defendants. | Case No.  2:25-CV-0099-RLP<br><br>**CIVIL MINUTES**<br><br>DATE:   6/10/2025<br><br>LOCATION:  Spokane<br><br>**MOTION HEARING** |
|---|---|

**JUDGE REBECCA L. PENNELL**

| Linda Hansen | LC 02 | | Crystal Gonzalez |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Emily Nelson / Benjamin Seel | | Joel Ard | |
| **Plaintiff's Counsel** | | **Defense Counsel** | |

**[ X ] Open Court**

All parties are present in the courtroom.

Motions before the Court:

**Defendants' Motion to Dismiss Adams County Sheriff's Office, ECF No. 3; and Plaintiff's Motion to Remand, ECF No. 4.**

Emily Nelson presented argument in support of Plaintiff's Motion to Remand.
The Court questioned Ms. Nelson.

Joel Ard argued in opposition of the Motion to Remand.
The Court questioned Mr. Ard.

Ms. Nelson argued in rebuttal.

The Court and counsel discussed Defendants' Motion to Dismiss.

The Court took the matter under advisement and will issue a written order.

| CONVENED:  2:00 PM | ADJOURNED:  2:37 PM | TIME: 37 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|